IN THE MATTER OF THE STATE OF NEW JERSEY v. COUNCIL OF NEW JERSEY STATE COLLEGE LOCALS, NJSFT-AFT/AFL-CIO.

September 5, 1978. Petition for certification denied. (See 153 *N. J. Super.* 91)

STATE OF NEW JERSEY v. JULIUS TAYLOR.

September 5, 1978. Petition for certification denied.

VINCENZO DE ROSA v. ELEANOR F. MERCURIO.

September 5, 1978. Petition for certification denied.

BERNARD V. KELLY v. HYMAN KAMERMAN.

September 5, 1978. Petition for certification denied.

PHILIP MUNDY v. LOCAL UNION NO. 373.

September 5, 1978. Petition for certification denied.

PHILIP MUNDY v. LOCAL UNION NO. 373.

September 5, 1978. Cross-petition for certification denied.